**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------×

CHARLES ARCHER,

*Plaintiff,*

v.

THE EVELYN DOUGLIN CENTER FOR SERVING
PEOPLE IN NEED, INC., d/b/a THE THRIVE NETWORK,
and THE NEW YORK FOUNDLING,

*Defendants.*

---------------------------------------------------------------------×

**No. 1:19-cv-1641-CBA-MMH**

**STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE**

WHEREAS, no party herein is an incompetent for whom a committee has been appointed; and

WHEREAS, there is no person not a party who has an interest in the subject matter of this action; it is hereby

STIPULATED AND AGREED, by and between the respective parties herein, that the above-captioned action (including all claims and counterclaims) be dismissed in its entirety and with prejudice in accordance with Rule 41(a) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to any party.

| OGLETREE DEAKINS | MICHAEL P. PAPPAS LAW FIRM, P.C. |
|---|---|
| By: _____ | By: _____ |
| Joseph B. Cartafalsa | Michael P. Pappas |
| Attorneys for Defendants | Attorneys for Plaintiff |
| 599 Lexington Ave., 17th Floor | 3 Columbus Circle, 15th Floor |
| New York, New York 10022 | New York, New York 10019 |
| (212) 492-2081 | (646) 770-7890 |
| Date: November 20, 2024 | Date: November 20, 2024 |

SO ORDERED

_____
Hon. Carol Bagley Amon, U.S.D.J.